November 27, 1979.

423 A.2d 1329

Commonwealth v. Godfrey, Appellant.

 Submitted December 8, 1978. Thomas V. Hunt, for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Judgments of sentence affirmed.